IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLTON LANE,<br><br>                     **Plaintiff,**<br>vs.<br><br>PRAIRIE STATE GENERATING<br>COMPANY, LLC, ET AL,<br><br>                     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)   Case No.: 3:22-cv-2110-DWD<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 13, 2024 (Doc. 39) reflecting settlement between the parties, as well as the Stipulation of Dismissal (Doc. 42), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: May 29, 2024

                                            MONICA A. STUMP, Clerk of Court

                                            *s/ Dana M. Winkeler*
                                            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**